RODERICK ESPOSITO, PROSECUTOR, v. BOARD OF PUB-LIC UTILITY COMMISSIONERS AND THE MAYOR, ETC., OF HOBOKEN, RESPONDENTS.

Argued March 27, 1930—Decided March 28, 1930.

Before Justices TRENCHARD, LLOYD and CASE.

For the prosecutor, *Nicholas S. Schloeder.*

For the respondents, *Horace L. Allen.*

PER CURIAM.

Our examination of the record discloses to our satisfaction that the order of the public utility board revoking the local consent of the prosecutor to operate an auto bus in Hoboken is amply supported by evidence and is legally unobjectionable. Accordingly, the rule to show cause why a writ of *certiorari* should not issue to review such order is discharged, with costs.